# Exhibit A



January 10, 2022

Mr. Russell Hotchkiss
3341 Chester Rd NE
Cedar Rapids, IA 52411

Dear Mr. Hotchkiss,

In consultation with the Cedar Rapids Community School District (CRCSD) Board President David Tominsky, CRCSD Board Vice President Cindy Garlock, CRCSD Legal Counsel, and the Cedar Rapids Police Department, I am writing to provide you with a notice of no trespass which immediately excludes you from appearing on any Cedar Rapids Community School District premises effective January 10, 2022. This includes any Cedar Rapids Community School District's property or facilities or any property owned or controlled by the District, for any reason from this date forward and until further notice. Failure to follow this notice will result in your immediate removal and may include assistance from law enforcement.

This notice is a result of your actions during the November 15, 2021 and December 13, 2021 Board of Education Meetings held at the Educational Leadership & Support Center which included disruptive and threatening behavior towards CRCSD school board members and staff.

Your actions interfere with our goal to maintain a safe, secure, and orderly District environment and violate District Policy 1007 "Conduct on School District Premises" and Regulation 1002.2 "Visitors to District" and Iowa Code Chapter 723 and 716.7(2)(a) which outlines expectations on how CRCSD staff and school officials will be treated and consequences thereof.

CRCSD and the School Board values open communication and collaboration with parents, families, and community members. Verbal threats and demeaning behavior will not be tolerated.

If you wish to communicate with CRCSD School Board Members, you may do so in writing. As a parent, you may communicate directly with Mr. Stephen Probert, Hiawatha Elementary School, by contacting him at 319/558-2172.

For questions regarding this notice, please contact me.

Sincerely,

Superintendent Noreen Bush
Cedar Rapids Community School District
Cedar Rapids, IA

cc: Hiawatha Elementary School Principal
    CRCSD District Security Manager
    CR Police Department

**Office Of The Superintendent**
2500 Edgewood Rd NW • Cedar Rapids, Iowa 52405
Phone: (319) 558-2223 • FAX: (319) 558-2224

# CONDUCT ON SCHOOL DISTRICT PREMISES

The Board expects that students, employees and visitors will treat each other with respect, engage in responsible behavior, exercise self-discipline and model fairness, and equity. Individuals, (including students, employees, and visitors) who violate this policy will be subject to discipline. Students who violate this policy will be disciplined consistent with the District's student conduct policies. Employees who violate this policy will be disciplined consistent with the District's employee discipline policies and laws. Visitors who violate this policy will be subject to the consequences set out in this policy.

Individuals are permitted to be present on school district premises only as guests of the District, and, as a condition of such permission, they must comply with the District's policies, regulations, and procedures. Individuals will not be allowed to interfere with or disrupt the educational environment, the education program or District activities. Individuals are expected to display mature, responsible behavior. The failure of individuals to do so is disruptive and embarrassing to the District, its students, and the community.

To protect the rights of students to participate in the educational program or activities without fear of interference or disruption and to permit the school officials, employees and activity sponsors and officials to perform their duties without interference or disruption, the following provisions are in effect:

- Abusive, threatening, or inappropriate, verbal or physical conduct of individuals directed at students, school officials, employees, officials, activity sponsors or other individuals will not be tolerated.

- Verbal or physical conduct of individuals that interferes with the performance of students, school officials, employees, officials or activity sponsors will not be tolerated.

- The use of vulgar, obscene or demeaning expression directed at students, school officials, employees, officials, activity sponsors or other individuals will not be tolerated.

- The use of alcohol, non-prescription controlled substances or products containing nicotine on school district grounds is strictly prohibited.

If an individual becomes physically or verbally abusive, or threatening or otherwise engages in inappropriate conduct; uses vulgar or obscene language; uses non-prescription controlled substances, alcohol or products containing nicotine; or in any way interrupts an activity or disrupts the educational program or the orderly environment of the District, the individual may be removed from school district premises by the school official, employee or individual in charge. Law enforcement may be contacted for assistance. The superintendent may exclude an individual who violates this policy from being present on school district premises in the future and/or attending future school district sponsored or approved activities.

If an individual who has been notified of being excluded from school district premises attempts to enter school district premises and/or school district activities, the individual will be advised that his/her presence on school district premises will result in referral to law enforcement for prosecution. The District may obtain a court order for permanent exclusion of the individual from school district premises and/or school district activities.

## Visitors to District

The District welcomes the interest of parents and other community members. Visitors will conduct themselves with respect and consideration for the rights of others while visiting District facilities and/or attending District/school events. Carrying handguns or possession of weapons, including look-alikes and other dangerous objects, is prohibited on District property.

The District prohibits the distribution, dispensing, manufacture, possession, use, or being under the influence of beer, wine, alcohol, tobacco, nicotine, and/or illegal or medically unauthorized substances, or "look alike" substances that appear to be tobacco, nicotine, beer, wine, alcohol or and/or illegal or medically unauthorized substances by visitors while on District property or on property within the jurisdiction of the District; while on school owned and/or operated school or chartered vehicles; while attending or engaged in school activities.

Visitors failing to conduct themselves accordingly may be removed from school district premises by the school official, employee or individual in charge. Law enforcement may be contacted for assistance. The superintendent/designee may exclude an individual who violates this regulation from being present on school district premises in the future and/or attending future school district sponsored or approved activities. It is the responsibility of District staff to report and take the action necessary to cease inappropriate conduct.

A parent or responsible adults must accompany children who visit a District school or office.

### School Visitors
Visitors, which include persons other than employees or students, must report to the school office, sign in, and obtain and wear a District-issued ID badge or nametag. Persons who wish to visit while school is in session must have a valid reason and obtain prior approval from the principal/designee to minimize disruption to the learning environment. Visitors are encouraged to make appointments as District employees' responsibilities may preclude unscheduled meetings.

### Educational Leadership and Support Center (ELSC) Visitors
Visitors, which include persons other than employees, should check in at the main reception desk and be escorted to the appropriate office/department. Visitors are encouraged to make appointments as District employees' responsibilities may preclude unscheduled meetings.

Legal Reference: Code of Iowa: 123.46(2), 279.8 and 716.7
                      Policy 608
                      Policy 803